Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−12605−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nicholas Pezza
    878 River Drive
    Elmwood Park, NJ 07407

Social Security No.:
    xxx−xx−2399

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 03/13/2025 and a confirmation hearing on such Plan has been scheduled for 5/22/2025.

The debtor filed a Modified Plan on 07/08/2025 and a confirmation hearing on the Modified Plan is scheduled for 8/14/2025 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: July 9, 2025
JAN: dmc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-12605-JKS
Nicholas Pezza  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Jul 09, 2025  Form ID: 186  Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicholas Pezza, 878 River Drive, Elmwood Park, NJ 07407-1029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 09 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 09 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/Text: BankruptcyECFMail@mccalla.com | Jul 09 2025 20:48:00 | U.S. Bank National Association, as Trustee, for Le, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830, UNITED STATES 08830-3072 |
| 520584586 | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 09 2025 20:47:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998 |
| 520584587 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 09 2025 20:48:00 | Mr. Cooper, P.O. Box 60516, City Of Industry, CA 91716-0516 |
| 520584588 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 09 2025 20:48:00 | Rushmore Servicing, P.O. Box 650783, Dallas, TX 75265-0783 |
| 520661202 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 09 2025 20:48:00 | U.S. Bank National Association, et al, Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 520616970 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 09 2025 20:48:00 | U.S. Bank Trust National Association, et al., c/o Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 8

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian C. Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 brian+ecf@briannicholas.com, bkgroup@kmllawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 dboyle-ebersole@hoflawgroup.com ckohn@hoflawgroup.com |
| John P. Fazzio | on behalf of Debtor Nicholas Pezza jfazzio@fazziolaw.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6